**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7703**

LARRY ROBINSON,

                Plaintiff - Appellant,

      v.

MRS. LAUGHDIN, Record Room Supervisor; MRS. GREEN, Record
Room Supervisor; MRS. REEDY, Record Room Assistant; JANE
DOE, Record Room Supervisor; JANE DOE, Record Room
Assistant; JANE DOE, Record Room Assistant; JANE DOE, Record
Room Assistant,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Mark S. Davis, District
Judge. (2:14-cv-00172-MSD-TEM)

Submitted: February 12, 2015      Decided: February 19, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Robinson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Laughdin, No. 2:14-cv-00172-MSD-TEM (E.D. Va. Oct. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED